In the Matter of Mark Anthony DeSIMONE.

Petition for Reinstatement.

No. 719 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 27, 2006.

O R D E R

PER CURIAM:

AND NOW, this 27th day of February, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 4, 2005, the Petition for Reinstatement is denied.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice BALDWIN did not participate in this matter.